State v. Townsend

of serving the sentence under the work release plan. Defendant appealed.

*Attorney General Robert Morgan by William Lewis Sauls, Associate Attorney, for the State.*

*James Godwin Taylor, Assistant Public Defender, for defendant appellant.*

STATE OF NORTH CAROLINA v. LAWRENCE TOWNSEND

No. 7212SC198

(Filed 29 March 1972)

APPEAL by defendant from *Bailey, Judge,* 4 October 1971 Session of Superior Court held in CUMBERLAND County.

Defendant was tried before the Honorable E. Maurice Braswell, Judge Presiding, at the 12 July 1971 Criminal Session of the Superior Court of Cumberland County, upon a bill of indictment charging him with possession of lysergic acid diethylamide, transportation of lysergic acid diethylamide in a motor vehicle, and sale of lysergic acid diethylamide. He pleaded not guilty. The State presented evidence and defendant testified in his own behalf and presented other evidence. The jury returned a verdict of guilty as to each offense charged in the bill of indictment. Thereafter defendant was committed for presentence diagnostic study. Defendant was sentenced by the Honorable James H. Pou Bailey, Judge Presiding at the 4 October 1971 Criminal Session of the Superior Court of Cumberland County and appealed.

---

State v. Story

---

*Attorney General Robert Morgan by Deputy Attorney General Andrew A. Vanore, Jr., for the State.*

*Public Defender for the Twelfth Judicial District Sol G. Cherry for defendant appellant.*

VAUGHN, Judge.

Defendant's court-appointed counsel states that he is unable to find error to bring forward and argue on appeal. We have examined the record proper and hold that no prejudicial error appears on the face thereof.

No error.

Judges BROCK and HEDRICK concur.